United States District Court
Southern District of Texas
**ENTERED**
July 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-17-354 |
| FELIX LEVI COMEWELL, *et al.* | § | |

**O R D E R**

Defendant Tina Franks Ikpirhirin filed motion for continuance, (Docket Entry No. 40). The government and the codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 30, 2017 |
| Responses are to be filed by: | November 13, 2017 |
| Pretrial conference is reset to**:** | **November 20, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 27, 2017 at 9:00 a.m.** |

SIGNED on July 17, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge