United States District Court
Southern District of Texas
**ENTERED**
January 08, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-17-354-1 |
| § | |
| FELIX LEVI COMEWELL, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Felix Levi Comewell and find him guilty of Count 4 of the Indictment charging him with: Conspiracy to Commit Marriage Fraud, in violation of Title 8 U.S.C. § 1325(c). No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Felix Levi Comewell, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

The defendant, Felix Levi Comewell, is **GUILTY** of the offenses: Count 4 of the Indictment

charging him with: Conspiracy to Commit Marriage Fraud, in violation of Title 8 U.S.C. § 1325(c).

SIGNED on January 8, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge